DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorney for United States Trustee
 AUGUST B. LANDIS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. 10-13817 |
| Robert L. Whitehead and Diana L. Whitehead, | Chapter 7 |
| Debtors. | (NO HEARING REQUIRED) |

## UNITED STATES TRUSTEE'S EX PARTE MOTION TO REOPEN CHAPTER 7 CASE

**I.  MOTION:**

August B. Landis, the Acting United States Trustee for this Region ("U.S. Trustee"), by his undersigned counsel, hereby moves the Court pursuant to 11 U.S.C. § 350(b) for an ex parte order to reopen the above referenced bankruptcy case. The motion is based on the following:

**II.  STATEMENT OF FACTS:**

1. October 2, 2010, Robert L. Whitehead and Diana L. Whitehead ("Debtor(s)") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. Linda S. Schuette was thereafter appointed the chapter 7 trustee in Debtors' case. The section 341(a) hearing was held in this case on November 10, 2010 *See* PACER.

2. On November 12, 2010, the case trustee filed a no asset report. A final decree was entered on January 11, 2011 and the case was closed on January 19, 2011 *See,* PACER.

3. The case trustee has received information regarding the existence of an additional asset which could be administered for the benefit of Debtors' creditors. *See,* Declaration of

Linda S. Schuette.

4. Based upon the foregoing, the U.S. Trustee submits that this case should be reopened, and a chapter 7 is necessary under Rule 5010 of the Federal Rules of Bankruptcy Procedure.

5. In further support of this motion, the U.S. Trustee requests that the Court take judicial notice of all documents filed in the case pursuant to Rule 201 of the Federal Rules of Evidence.

## II. MEMORANDUM OF POINTS AND AUTHORITIES

Section 350(b) of the Bankruptcy Code permits a case to be reopened "to administer assets, to accord relief to the debtor, or for other cause." 11 U.S.C. § 350(b). A case may be reopened on motion of a party in interest and, if the court finds it necessary, a trustee should be appointed. *See* Fed.R.Bankr.P. 5010. A motion to reopen is properly brought on an ex parte basis. *See Abbott v. Daff (In re Abbott)*, 183 B.R. 198, 200 (9th Cir. B.A.P. 1995) ("A motion to reopen a bankruptcy case is simply a mechanical device which can be brought ex parte and without notice.").

Given the limited nature of the relief requested by this motion, the U.S. Trustee requests relief from the requirement of B.L.R. 9013-1 that a separate memorandum of points and authorities be filed.

## III. PRAYER FOR RELIEF

WHEREFORE, the U.S. Trustee respectfully requests entry of an order (i) reopening Debtors' case; (ii) authorizing the U.S. Trustee to appoint a chapter 7 trustee; and (iii) granting such further relief as the Court deems appropriate.

Dated: February 11, 2011

Respectfully submitted,
August B. Landis, U.S. Trustee

By: /s/ Patricia A. Cutler   (#50352)
Attorney for the U.S. Trustee