Linda Schuette, Chapter 7 Trustee
P.O. Box 743
Palo Cedro, CA 96073
Telephone (530) 222-388

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE | CHAPTER 7 |
| ROBERT L. WHITEHEAD<br>DIANA L. WHITEHEAD | No. 10-13817 AJ7 |
| DEBTOR. | DATE:NO HEARING<br>TIME:REQUESTED |

**DECLARATION OF LINDA SCHUETTE IN
SUPPORT OF UST'S MOTION TO REOPEN CASE**

I, Linda Schuette, hereby declare that if called to testify, I would state as follows:

1) I am the Chapter 7 trustee who was originally assigned to this case.

2) On February 9, 2011, I received information pertaining to an inheritance being delivered to the debtor from the death of a family member within the 180 days of their initial filing. Therefore, I believe that there are funds available to distribute to the creditors of these proceedings. Unfortunately, the estate was closed by the Court Clerk on January 11, 2011.

I declare under penalty of perjury, and execute this declaration at Redding, California.

Dated: February 10, 2011

                                              _/s/Linda S. Schuette_____
                                              Linda Schuette,
                                              Chapter 7 Trustee

PAGE 1